**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 07-111-PCT-DGC |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Gerald James Brown, ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, Defendant Gerald Brown has filed a motion for appointment of counsel (Doc. 130) in connection with his motions for a new trial and to dismiss (Docs. 123, 126). No objection has been filed by the government.

"The defendant bears the burden of establishing that he or she is financially unable to obtain counsel, but financial inability to pay does not mean indigence or destitution." *United States v. Fincher*, 593 F.3d 702, 705 (8th Cir. 2010); *see Adkins v. E. I. Du Pont De Nemours & Co.*, 335 U.S. 331, 339 (1943); *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960). Defendant recently was released after serving a two-year prison sentence. His financial affidavit shows that he has no income and only $350 in cash. While he owns real property valued at $155,000 and two older vehicles worth about $20,000, Defendant's ability "to pay must be must be evaluated in light of the liquidity of [his] finances." *Museitef v. United States*, 131 F.3d 714, 716 (8th Cir. 1997). The fact that he may have "'access' to funds [is] not determinative of his financial ability." *United States v. Kelly*, 467 F.2d 262, 266 (7th Cir. 1972).

The Court, after appropriate inquiry, is satisfied that Defendant is financially unable to obtain counsel to represent him in connection with his motions for a new trial and to dismiss (Docs. 123, 126).  His motion to appoint counsel will therefore be granted pursuant to 18 U.S.C. 3006A(b).

**IT IS ORDERED:**

1. Defendant Gerald Brown's motion for appointment of counsel (Doc. 130) is **granted**.

2. Attorney Daniel Drake is appointed to represent Defendant in connection with his motions for a new trial and to dismiss (Docs. 123, 126).  This appointment is made retroactive to November 16, 2009.

DATED this 25th day of October, 2010.

*Daniel G. Campbell*
_____
David G. Campbell
United States District Judge